United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **LINH NGOC DANG,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **Civil Action No.** 1:26-cv-301 |
| | § | |
| **WARDEN OF EL VALLE** | § | |
| **DETENTION FACILITY,** *et al.,* | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Linh Ngoc Dang's "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Injunctive Relief" (Dang's "§ 2241 Petition"). Dkt. No. 1. Dang, a citizen of Vietnam, proceeding pro se, claims that his continued detention by the named Respondents (collectively, the "Government") violates: the Fifth Amendment's Due Process Clause; the Convention Against Torture; the Administrative Procedure Act; and the Eighth Amendment's prohibition of cruel and unusual punishment. *Id.* at 1, 13–18.

Dang is held at the El Valle Detention Facility ("El Valle") in Raymondville, Texas. Dkt. No. 1 at 1. Dang's custodian, then, would appear to be the warden of El Valle. *Rumsfeld v. Padilla*, 542 U.S. 426, 440 n.13 (2004) (noting that "the proper respondent [in a § 2241 habeas action] is the person responsible for maintaining…the custody of the prisoner."); *see e.g. David v. Venegas*, No. 1:25-cv-00136, Dkt. No. 7 at 1–2 (S.D. Tex. 2025) (Torteya, J.) (directing the Clerk of Court to substitute Venegas for El Valle Detention Facility as the proper respondent in a § 2241 habeas action); *da Silva v. Nielsen*, 5:18-mc-00932, 2019 WL 1328461 at *6 (S.D. Tex. 2019) (Saldaña, J.)

(dismissing petitioner's claims against Nielsen, Bible, Cerna, Vitiello, and Whitaker "because they [were] remote supervisory officials, not [p]etitioner's custodian"). *Bonitto v. Bureau of Immigration and Customs Enforcement*, 547 F.Supp.2d 747, 749, 751 (S.D. Tex. 2008) (Tagle, J.) (noting that the proper respondent was the warden of Port Isabel Detention Center, not Immigration and Customs Enforcement); *Cabrera-Hernandez v. Bondi*, 5:25-cv-197, 2025 WL 3684694 at *1 n.1 (S.D. Tex. 2025) (Marmolejo, J.) (noting that the proper respondent was the warden who had custody over petitioner); *Salmon v. Bureau of Immigration and Customs Enforcement*, 1:08-cv-003, 2008 WL 11395491 at *1–2 (S.D. Tex. 2008) (Recio, J.) (Report and Recommendation adopted by Tagle, J.) (noting that the proper respondent was the warden of Port Isabel Detention Center where petitioner was detained).  However, it is unclear from the filings, as to who is currently the warden of El Valle.

The Government is **ORDERED** to file a response to Dang's § 2241 Petition [Dkt. No. 1] on or before **April 24, 2026**.  If Dang chooses to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.  Dang and the Government are **DIRECTED** to inform the Court as to who is the warden of El Valle.

**SIGNED** on this **10th** day of **April, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**